**Order entered July 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00295-CV

**COLLINS ASSET GROUP, LLC AS SUCCESSOR-IN-INTEREST TO LEHMAN BROTHERS BANK, Appellant**

**V.**

**MICHAEL AYRES, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06094**

## ORDER

Before the Court is appellant's motion for extension of time to file its brief.

We **GRANT** the motion and **ORDER** the brief received July 23, 2021 filed as of the date of this order.

/s/    CRAIG SMITH
JUSTICE